UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY S. SUGGS; CARL SUGGS,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CV 06-B-0073-S |
| | ) |
| **SEARS HOME IMPROVEMENT PRODUCTS, INC.; TOMMY JOHNSON,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This case is presently pending before the court on plaintiff's Motion to Remand. (Doc. 11.)[1] This case was removed from the Circuit Court of Jefferson County, Alabama, on the basis of diversity jurisdiction. (Doc. 1.) After removal, plaintiffs filed a Motion for Leave to File an Amended Complaint, seeking to add Thomas Johnson as a defendant. The court granted plaintiffs' Motion for Leave to File an Amended Complaint.

Plaintiffs filed an Amended Complaint on April 12, 2006. (Doc. 8.) The Amended Complaint added Thomas Johnson as a defendant. Plaintiffs are residents of Alabama and Johnson is a resident of Alabama. Therefore, Johnson's addition to the case destroyed diversity jurisdiction.

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

Section 1447(e) states, "If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court." 28 U.S.C. § 1447(e). This court does not have "discretion to add [a non-diverse defendant],, retain jurisdiction and decide the case on the merits. . . . [When] section 1447(e) [is] applicable . . ., the district court [is] left with only two options: (1) deny joinder; or (2) permit joinder and remand [the] case to state court." *Ingram v. CSX Transp., Inc.*, 146 F.3d 858, 862 (11th Cir. 1998). This court allowed Johnson's joinder; therefore, this case is due to be remanded.

For the foregoing reasons, the court is of the opinion that plaintiffs' Motion to Remand is due to be remanded to the Circuit Court of Jefferson County, Alabama. An Order granting plaintiffs' Motion to Remand and remanding this case will be entered contemporaneously with this Memorandum Opinion.

**DONE** this 2nd day of August, 2006.

*[signature: Sharon Lovelace Blackburn]*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE